# CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Courtroom 2E North**

**Date: 9/10/26** **Time in Court:** 38 min.

**Docket Number:** 26-cv-03679

**Case Title:** Fair Housing Justice Center, Inc. v. Lay Assets Management and Development et al.

**Court Reporter:** Charline Ross **Time Log:** N/A

**Law Clerk:** LFJ

**Plaintiff represented by:** Debra L. Greenberger and Albert Huber

**Defendants represented by:** Cori Ann Rosen

**Type of Hearing Held:** Pre Motion Hearing

**Pending Motion(s):**

**TEXT:**

Case Called. Debra L. Greenberger and Albert Huber appeared for Plaintiff. Cori Ann Rosen appeared for Defendants. Discussion held. Defendants' motion to dismiss is due by **10/15/26**, Plaintiff's opposition is due by **11/16/26**, and Defendants' reply is due by **12/8/26**. Pursuant to Individual Practice Rule IV.B.3., the parties shall not file their papers until the motion has been fully briefed. The parties shall proceed with discovery with Magistrate Judge Seth D. Eichenholtz.

Contact the Court Reporter Charline Ross (718)-613-2330.